**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Texas__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Ennis I-45 11 Acre, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  83-0996625

4. **Debtor's address**

   **Principal place of business**
   590  S. I-45
   Number  Street

   Ennis  TX  75119
   City  State  ZIP Code

   Ellis County
   County

   **Mailing address, if different from principal place of business**
   401  N. Carroll Ave., Ste 598
   Number  Street

   P.O. Box

   Southlake  TX  76092
   City  State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number  Street

   City  State  ZIP Code

5. **Debtor's website (URL)**  ennisluxuryrv.com

Debtor  Ennis I-45 11 Acre, LLC_____    Case number (if known)_____
        Name

| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
|   |   | ☐ Partnership (excluding LLP) |
|   |   | ☐ Other. Specify: _____ |

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____  When _____  Case number _____
                                         MM / DD / YYYY
           District _____  When _____  Case number _____
                                         MM / DD / YYYY

Debtor  Ennis I-45 11 Acre, LLC _____  Case number (if known)_____
      Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>      District _____  When ____/____/_____<br>                                                         MM / DD / YYYY<br>      Case number, if known _____ |
| **11. Why is the case filed in *this district*?** | Check all that apply:<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** 590     S. I-45<br>                         Number    Street<br><br>Ennis                TX    75119<br>City                  State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☑ Yes.  Insurance agency   Outdoor Insurance Agency<br>        Contact name   Frank Hursh<br>        Phone   (888) 330 - 0661 |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | Check one:<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 1,000-5,000   ☐ 25,001-50,000<br>☐ 50-99   ☐ 5,001-10,000   ☐ 50,001-100,000<br>☐ 100-199   ☐ 10,001-25,000   ☐ More than 100,000<br>☐ 200-999 |

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page **3**

Debtor  **Ennis I-45 11 Acre, LLC**
         Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03 / 31 / 2025
             MM / DD / YYYY

✗ /s/John McGaugh                         John McGaugh
Signature of authorized representative of debtor     Printed name

Title  Manager

**18. Signature of attorney**

✗ /s/Kyung S. Lee                         Date  04 / 01/ 2025
Signature of attorney for debtor                  MM / DD / YYYY

Kyung S. Lee
Printed name

Shannon & Lee LLP
Firm name

2100       Travis St., STE 1525
Number     Street

Houston                                   TX       77002
City                                      State    ZIP Code

(713) 301-4571                            klee@shannonleellp.com
Contact phone                             Email address

12128400                                  Texas
Bar number                                State

# WRITTEN RESOLUTION OF THE MANAGERS OF
# ENNIS I-45 11 ACRE, LLC

### April 1, 2025

The undersigned, being the all of the Managers (the "Managers") of Ennis I-45 Acre, LLC (the "Company"), hereby approve of the following actions of the Company:

**WHEREAS,** the Company has determined that it is in the best interests of creditors and residual claimants to seek the reorganization of the Company through the filing of a chapter 11 petition for the Company;

**WHEREAS,** bankruptcy counsel to the Company has advised the Company of its obligations and will continue to be available to advise the Company on acting as a debtor-in-possession;

**NOW, THEREFORE, IT IS RESOLVED** as follows:

1. The Company is hereby authorized to commence a voluntary petition for chapter 11 relief with the appropriate United States Bankruptcy Court in Texas.

2. Ennis 11 Management Company, LLC, through John McGagh, is authorized to and shall take all actions necessary, appropriate, or desirable for either the reorganization or liquidation of the Company in such chapter 11 case and to carry out the terms and intent of the foregoing resolution.

3. The Company is authorized and directed to retain Shannon & Lee LLP as its bankruptcy counsel in such chapter 11 case under reasonable terms and conditions, which retention should be approved by the Bankruptcy Court.

4. The Managers of the Company are hereby authorized to conduct the business of the Company as a debtor-in-possession, including but not limited to operating the debtor, seeking authority to use cash collateral, borrowing funds, retaining professionals as necessary to support management's reorganization efforts and seek confirmation of a plan, sale of the assets or conversion of the case, as the Managers, creditors and court may decide.

IN WITNESS WHEREOF, the undersigned, being the Managers of the Company has executed this consent as of the date first above written.

[Signature Page follows]

ENNIS 11 MANAGEMENT COMPANY, LLC

_____
By: John McGaugh
Title: Managing Member

**Fill in this information to identify the case:**

Debtor name  Ennis I-45 11 Acre, LLC

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Doug Taft<br>102 Olives Branch<br>Shady Shores, TX 76208 | (469) 867 - 3267<br>kaw270@yahoo.com | Loan | | | | $200,000 |
| 2 | Bay Point Capital Ptnrs. II, LP<br>3050 Peachtree Road NW<br>STE 740<br>Atlanta, GA 30305 | Bill Madson<br>billmadson@baypointadvisors.com | Loan | | $4,000,000 | | |
| 3 | Christina Vasquez | (214) 298-6444<br>christin.olney@sbcglobal.net | Services | | | | $2,500 |
| 4 | Buzzworthy Property Mgmt. | (682) 551-4498<br>sculver@buzzworthypm.com | Services | | | | $10,000 |
| 5 | Cirro Energy<br>2475 Dallas Pkwy #200<br>Plano, TX 75093 | (888) 774-1776 | Services | | | | $5,445 |
| 6 | City of Ennis Water Dpt.<br>107 N. Sherman St.<br>Ennis, TX 75119 | (972) 875-1234 | Services | | | | $1,817 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor  **Ennis I-45 11 Acre, LLC**
　　　　Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

**Fill in this information to identify the case and this filing:**

Debtor Name __Ennis I-45 11 Acre, LLC_____

United States Bankruptcy Court for the: __Northern_____ District of __Texas___
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4 / 01 / 2025           ✘ /s/*John McGaugh*_____
MM / DD / YYYY                         Signature of individual signing on behalf of debtor

John McGaugh_____
Printed name

Manager_____
Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

United States Bankruptcy Court
Northern District of Texas

In re:  Ennis I-45 11 Acre, LLC                             Case No.

                                                            Chapter   11
            Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 04/01/2025                          /s/*John McGaugh*
                                          Signature of Individual signing on behalf of debtor

                                          Manager
                                          Position or relationship to debtor

VC Blue Skies Enterprises, LLC
Attn: Vince Callender
2613 Flameleaf Dr.
Grapevine, TX 76051

Quest IRA FBO Donna Freeman
17171 Park Row Ste 100
Houston, TX 77084

Quest IRA FBO Nadeem Khan
17171 Park Row Ste 100
Houston, TX 77084

Quest IRA FBO Sherry Le
17171 Park Row Ste 100
Houston, TX 77084

Quest IRA FBO Susan Derrick
17171 Park Row Ste 100
Houston, TX 77084

Quest IRA FBO Bradley E Yates
17171 Park Row Ste 100
Houston, TX 77084

Quest IRA FBO Anthony Deason
17171 Park Row Ste 100
Houston, TX 77084

Quest IRA FBO Ryne Shirley
17171 Park Row Ste 100
Houston, TX 77084

J&K Joint Venture
346 Still Forest Dr.
Coppell, TX 75019

Ians Trust
140 E Irving Blvd
Irving, TX 75060

Longwei Investments, LLC
PO Box 6012
Frisco, TX 75035

Paul Starnes
1612 River Birch Dr.
Flower Mound, TX 75028

TA Investments Holdings Services MFI, LLC
1429 NW 168th St.
Edmond, OK 73012

Doug Taft
102 Olives Branch
Shady Shores, TX 76208

IRA Trust Services
FBO James Westfall
3000 N Stemmons Apt 1157
Lewisville, TX 75077

Bradley E Yates
1113 Brookside Dr.
Hurst, TX 76053

77 Southwest Development Co, LLC
401 N Carroll Avenue, Ste 166
Southlake, TX 76092

Ennis 11 Management Company, LLC
401 N Carroll Avenue, Ste 166
Southlake, TX 76092

Doug Truong
6328 Meadow Crest Lane
Sachse, TX 75048

Adam Diehl
318 Dove Creek Trail
Southlake, TX 76092

Jennifer Weinberger
1806 Harvest Moon Dr.
Grapevine, TX 76501

Richard Muller
540 Commerce St.
Southlake, TX 76092-9113

Olga Svirskaia
1720 Wimbleton Dr.
Bedford, TX 76021

Dragon Capital Corp
86 Country Rd. 2938 N
Pittsburg, TX 75686

Greg Furness
974 Southwick Ln
Allen, TX 75013

Micheal O'Neil
973 Rockport Lane
Allen, TX 75013

Rock Hostletler
161 Paradise Cove
Shady Shores, TX 76208

RLM Fortune, LLC
210 N. Ector. Dr. Unit 194
Euless, TX 76039

Mix Family Trust
320 Quite Valley Drive
Coppell, TX 75019-2665

Lee Milteer
3880 Jefferson Blvd.
Virginia Beach, VA 23455-4018

Allen Cox
839 E. Bethel School Rd.
Coppell, TX 75019

PAMS Investment, LLC
5698 Broadgreen Road
Frisco, TX 75036

Christ Kyle Memorial Trust
TTE Bill Waubourn
PO Box 151305
Arlington, TX 76015

Bo Guan
29381 Thackery Dr
Laguna Niguel, CA 92677

ICER, LLC
5001 Cyndur Drive
Lewisville, TX 75056

Sophic Holdings, LLC
7131 Colleyville Blvd, Unit 103
Colleyville, TX 76034

GrowCo Capital, LLC
133 Nursery Lane
Fort Worth, TX 76114

JHANN Elements, Inc.
7131 Colleyville Blvd, Unit 103
Colleyville, TX 76034

Jose Terrazas
718 N. Lucas Dr
Grapevine, TX 76051

Kavitha Parackal Trust
128 Circle Ridge Drive
Burr Ridge, IL 60527

Kristin Perkins
832 Yellowstone Dr
Grapevine, TX 76051

Koios Consulting, LLC
1460 Blue Jay Circle
Weston, FL 33327

The Boswell Marketing Group, LLC
839 Yellowstone Dr.
Grapevine, TX 76051

Loren Edwards
6718 Grand Canal Ct.
San Angelo, TX 76904

Manohotan Pillia, Flokio, LLC
25928 Donovan Dr.
Chantilly, VA 20152

Matt Hill
5108 Dunster Dr
McKinney, TX 75070

Michael Wallace
3915 Patras Dr
Pasadena, TX 77505

Raymond Grambow
10930 N. P. Street
La Porte, TX 77571

Red Dragon LLC
1422 Wathan Dr
Southlake, TX 76092

Renjit Lal
13791 Louisiana Lane
Frisco, TX 75035

Sangeeth Ponahil
Dba PSN Associates, LLC
5001 Cyndur Drive
Lewisville, TX 75056

Midwest Regional, LLC
1313 Bay Meadow Drive
Southlake, TX 76092

Ensoleille, LLC
4552 Ethridge Dr.
Plano, TX 75024

Michael Rotz
9960 W. Sandy River Dr
Boise, ID 83709

Anthony Deason
2521 Pillory Point
Schertz, TX 78108

Ennis RV Storage, LLC
2217 Pecos Drive
Grapevine, TX 76501

Ellis County Texas
109 South Jackson
Waxahachie, TX 75165

City of Ennis, Texas
107 N. Sherman St.
Ennis, TX 75119

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA
19101-7346

Bay Point Capital Ptnrs. II,
LP
3050 Peachtree Road NW
STE 740
Atlanta, GA 30305

Cirro Energy
2745 Dallas Pkwy #200
Plano, TX 75093

City of Ennis Water Dept
107 N. Sherman St.
Ennis, TX 75119

Yuen L Yeung
2409 Knollwod Ct
Arlington, TX 76006

Ivy Lai Wa Leung
7809 Foxhound Road
McLean, VA 22102

Rajshree Investments, LLC
4420 Caledonia Creek Lane
Plano, TX 75024

AYMC Holdings, LP
PO Box 250888
Plano, TX 75025-0888

Allison Moist
241 N 300 W
Torrey, UT 84775

Rena Blaser
2285 Coopers Way
Blackfoot, ID 83221

Andrew Blaser
1160 Sage Dr
Pocatello, ID 83204