```
Label Matrix for local noticing          Ellis County                            Ennis I-45 11 Acre, LLC
0539-3                                   Linebarger Goggan Blair & Sampson, LLP  401 N. Carroll Ave
Case 25-31219-mvl11                      c/o John Kendrick Turner                STE 598
Northern District of Texas               3500 Maple Avenue                       Southlake, TX 76092-6407
Dallas                                   Suite 800
Mon Apr 14 10:00:35 CDT 2025             Dallas, TX 75219-3959

1100 Commerce Street                     77 Southwest Development Co, LLC        AYMC Holdings, LP
Room 1254                                401 N Carroll Avenue, Ste 166           PO Box 250888
Dallas, TX 75242-1305                    Southlake, TX 76092-6407                Plano, TX 75025-0888


Adam Diehl                               Allen Cox                               Allison Moist
318 Dove Creek Trail                     839 E. Bethel School Rd.                241 N 300 W
Southlake, TX 76092-5109                 Coppell, TX 75019-5959                  Torrey, UT 84775


Andrew Blaser                            Anthony Deason                          Bay Point Capital Partners II,
1160 Sage Dr                             2521 Pillory Point                      c/o VARTABEDIAN HESTER & HAYNES LLP
Pocatello, ID 83204-4538                 Schertz, TX 78108-2276                  301 Commerce Street, Suite 3635
                                                                                 Fort Worth, Texas 76102-4143


Bay Point Capital Ptnrs. II, LP          Bo Guan                                 Bradley E Yates
3050 Peachtree Road NW                   29381 Thackery Dr                       1113 Brookside Dr.
STE 740                                  Laguna Niguel, CA 92677-1654            Hurst, TX 76053-4426
Atlanta, GA 30305-2212


Christ Kyle Memorial Trust               Cirro Energy                            Doug Taft
TTE Bill Waubourn                        2745 Dallas Pkwy #200                   102 Olives Branch
PO Box 151305                            Plano, TX 75093-8729                    Shady Shores, TX 76208-5153
Arlington, TX 76015-7305


Doug Truong                              Dragon Capital Corp                     Ennis 11 Management Company, LLC
6328 Meadow Crest Lane                   86 Country Rd. 2938 N                   401 N Carroll Avenue, Ste 166
Sachse, TX 75048-5512                    Pittsburg, TX 75686-4659                Southlake, TX 76092-6407


Ennis RV Storage, LLC                    Ensoleille, LLC                         Greg Furness
2217 Pecos Drive                         4552 Ethridge Dr.                       974 Southwick Ln
Grapevine, TX 76051-4811                 Plano, TX 75024-3964                    Allen, TX 75013-5671


GrowCo Capital, LLC                      ICER, LLC                               IRA Trust Services
133 Nursery Lane                         5001 Cyndur Drive                       FBO James Westfall
Fort Worth, TX 76114-4334                Lewisville, TX 75056-6370               3000 N Stemmons Apt 1157
                                                                                 Lewisville, TX 75077-4026


Ians Trust                               InterBank                               Ivy Lai Wa Leung
140 E Irving Blvd                        attn: Jenny Johnson Holman              7809 Foxhound Road
Irving, TX 75060-3034                    6300 Ridglea Place, Ste 200             McLean, VA 22102-2431
                                         Fort Worth, TX 76116-5707
```

| | | |
|---|---|---|
| J&K Joint Venture<br>346 Still Forest Dr.<br>Coppell, TX 75019-2668 | JHANN Elements, Inc.<br>7131 Colleyville Blvd, Unit 103<br>Colleyville, TX 76034-6453 | Jennifer Weinberger<br>1806 Harvest Moon Dr.<br>Grapevine, TX 76051-3173 |
| Jose Terrazas<br>718 N. Lucas Dr<br>Grapevine, TX 76051-5060 | Kavitha Parackal Trust<br>128 Circle Ridge Drive<br>Burr Ridge, IL 60527-8379 | Koios Consulting, LLC<br>1460 Blue Jay Circle<br>Weston, FL 33327-2005 |
| Kristin Perkins<br>832 Yellowstone Dr<br>Grapevine, TX 76051-6661 | Lee Milteer<br>3880 Jefferson Blvd.<br>Virginia Beach, VA 23455-1606 | Longwei Investments, LLC<br>PO Box 6012<br>Frisco, TX 75035-0225 |
| Loren Edwards<br>6718 Grand Canal Ct.<br>San Angelo, TX 76904-4196 | Manohotan Pillia, Flokio, LLC<br>25928 Donovan Dr.<br>Chantilly, VA 20152-3415 | Matt Hill<br>5108 Dunster Dr<br>McKinney, TX 75070-8882 |
| Michael Rotz<br>9960 W. Sandy River Dr<br>Boise, ID 83709-5895 | Michael Wallace<br>3915 Patras Dr<br>Pasadena, TX 77505-3370 | Micheal ONeil<br>973 Rockport Lane<br>Allen, TX 75013-5675 |
| Midwest Regional, LLC<br>1313 Bay Meadow Drive<br>Southlake, TX 76092-3938 | Mix Family Trust<br>320 Quite Valley Drive<br>Coppell, TX 75019-2665 | Olga Svirskaia<br>1720 Wimbleton Dr.<br>Bedford, TX 76021-2474 |
| PAMS Investment, LLC<br>5698 Broadgreen Road<br>Frisco, TX 75035-0779 | Paul Starnes<br>1612 River Birch Dr.<br>Flower Mound, TX 75028-3627 | Quest IRA FBO Anthony Deason<br>17171 Park Row Ste 100<br>Houston, TX 77084-4935 |
| Quest IRA FBO Bradley E Yates<br>17171 Park Row Ste 100<br>Houston, TX 77084-4935 | Quest IRA FBO Donna Freeman<br>17171 Park Row Ste 100<br>Houston, TX 77084-4935 | Quest IRA FBO Nadeem Khan<br>17171 Park Row Ste 100<br>Houston, TX 77084-4935 |
| Quest IRA FBO Ryne Shirley<br>17171 Park Row Ste 100<br>Houston, TX 77084-4935 | Quest IRA FBO Sherry Le<br>17171 Park Row Ste 100<br>Houston, TX 77084-4935 | Quest IRA FBO Susan Derrick<br>17171 Park Row Ste 100<br>Houston, TX 77084-4935 |
| RLM Fortune, LLC<br>210 N. Ector. Dr. Unit 194<br>Euless, TX 76039-8607 | Rajshree Investments, LLC<br>4420 Caledonia Creek Lane<br>Plano, TX 75024-7046 | Raymond Grambow<br>10930 N. P. Street<br>La Porte, TX 77571-9340 |

| | | |
|---|---|---|
| Red Dragon LLC<br>1422 Wathan Dr<br>Southlake, TX 76092 | Rena Blaser<br>2285 Coopers Way<br>Blackfoot, ID 83221-4003 | Renjit Lal<br>13791 Louisiana Lane<br>Frisco, TX 75035-0469 |
| Richard Muller<br>540 Commerce St.<br>Southlake, TX 76092-9113 | Rock Hostletler<br>161 Paradise Cove<br>Shady Shores, TX 76208-5131 | Sangeeth Ponahil<br>Dba PSN Associates, LLC<br>5001 Cyndur Drive<br>Lewisville, TX 75056-6370 |
| Sophic Holdings, LLC<br>7131 Colleyville Blvd, Unit 103<br>Colleyville, TX 76034-6453 | TA Investments Holdings Services MFI, LLC<br>1429 NW 168th St.<br>Edmond, OK 73012-6872 | The Boswell Marketing Group, LLC<br>839 Yellowstone Dr.<br>Grapevine, TX 76051-6660 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | VC Blue Skies Enterprises, LLC<br>Attn: Vince Callender<br>2613 Flameleaf Dr.<br>Grapevine, TX 76051-7174 | Yuen L Yeung<br>2409 Knollwod Ct<br>Arlington, TX 76006-2819 |
| Kyung S. Lee<br>Shannon and Lee LLP<br>2100 Travis St.<br>Ste 1525<br>Houston, TX 77002-8783 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bay Point Capital Partners II, LP | (u)InterBank | (d)Ellis County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>3500 Maple Avenue<br>Suite 800<br>DALLAS, TX 75219-3959 |
| (u)Ellis County Texas<br>109 South Jackson Waxahachie, TX 75165<br>City of Ennis, Texas 107 N. Sherman St.<br>Internal Revenue Service P. O. Box 7346 | End of Label Matrix<br>Mailable recipients    72<br>Bypassed recipients     4<br>Total                  76 | |