Kyung S. Lee
TX Bar No. 12128400
R.J. Shannon
TX Bar No. 24108062
Ella A. Cornwall
TX Bar No. 24142801
**SHANNON & LEE LLP**
2100 Travis-Suite 1525
Houston, Texas 77002
Tel: (713) 301-4751
Email: klee@shannonleellp.com
Email: rshannon@shannonleellp.com
Email: ecornwall@shannonleellp.com

*Proposed Counsel for the Debtor and Debtor-In-Possession*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | ) Bankruptcy Case No. |
| | ) 25-31219-mvl11 |
| Ennis I-45 11 ACRE, LLC, | ) |
| | ) |
| Debtor. | ) Chapter 11 |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE THAT** the Court has set a hearing regarding Ennis I-45 11 Acre, LLC's (the "Debtor") Motion for Expedited Hearing on Debtor's Emergency Motion for the Entry of an Order Approving the Previous Use of Cash Collateral for Payment of Certain Critical Vendors **(ECF No. 20)** to take place on **April 15, 2025, at 1:30 PM (CT)**, before the Honorable Michelle V. Larson at 1100 Commerce Street, Room 1424, Dallas, TX 75242-1496 *or* via WebEx.

### WebEx Video Instructions

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/larson

**For WebEx Telephonic Only Participation/Attendance**:

    Dial-In: 1.650.479.3207

Access Code: 2301-476-1957

WebEx Hearing Instructions may be obtained from Judge Larson's hearing/calendar site:

    https://www.txnb.uscourts.gov/sites/txnb/files/hearings/WebEx%20Hearing%20Instructions%20for%20Judge%20Larson_10.pdf

| | |
|---|---|
| Dated: April 15, 2025. | Respectfully submitted, |
| | **Shannon & Lee LLP** |
| | */s/Ella A. Cornwall* <br> Ella A. Cornwall <br> State Bar No. 24142801 <br> Kyung S. Lee <br> State Bar No. 12128400 <br> R.J. Shannon <br> State Bar No. 24108062 <br> 2100 Travis St., STE 1525 <br> Houston, TX  77002 <br> Email: klee@shannonleellp.com <br> Email: rshannon@shannonleellp.com <br> Email: ecornwall@shannonleellp.com <br> Telephone: 713-301-4751 <br> Facsimile:   833-714-5770 |
| | *Proposed Counsel to the Debtor and Debtor-In-Possession* |

### CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served at the time of filing, by the Court's CM/ECF system on all parties registered to receive such service.

    */s/Ella A. Cornwall*
    Ella A. Cornwall