**Fill in this information to identify the case and this filing:**

Debtor Name ___Ennis I-45 11 Acre, LLC___

United States Bankruptcy Court for the: ___Northern District of Texas___

Case number (*If known*): ___25-31219___

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/01/2025___          ✖ /s/*John McGaugh*_____
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

John McGaugh_____
Printed name

Investor Relations &
Managing Member of the Management entity
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _____Ennis I-45 11 Acre, LLC_____

United States Bankruptcy Court for the: ____Northern District of Texas____
                                                          (State)

Case number (If known): ____25-31219____

☐ Check if this is an amended filing

## Official Form 206Sum

### Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ........................................................................    $ ____1,583,093.00____

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ........................................................................    $ ____40,822.71____

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ........................................................................    $ ____1,623,915.71____

---

**Part 2:    Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .............    $ ____11,057,850.79____

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F* ..........................................    $ ____0.00____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .......................    +$ ____200,625.00____

4. **Total liabilities** ...................................................................................................    $ ____11,258,475.79____
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name ___Ennis I-45 11 Acre, LLC_____

United States Bankruptcy Court for the: __Northern District of Texas___

Case number (If known): __25-31219_____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Chase Bank | Checking | 5  2  9  9 | $ 372.86 |
| 3.2. See continuation sheet | | ___ ___ ___ ___ | $ 13,787.85 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. _____ | $_____ |
| 4.2. _____ | $_____ |

5. **Total of Part 1** | $ 14,160.71 |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. City of Ennis   Water | $ 2,500.00 |
| 7.2. See continuation sheet | $ 7,200.00 |

Debtor _____Ennis I-45 11 Acre, LLC_____   Case number (if known)_25-31219_____
        Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 9,700.00

---

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |

**11. Accounts receivable**

11a. 90 days old or less:   0.00 _____ – 0.00 _____ = ........➜   $ 0.00
                            face amount          doubtful or uncollectible accounts

11b. Over 90 days old:   919.25 _____ – 919.25 _____ = ........➜   $ 0.00
                         face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 0.00

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                      % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor    Ennis I-45 11 Acre, LLC
_____
Name

Case number (if known) 25-31219
_____

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** <br> See Attachment for Part 5.22 | _____ <br> MM / DD / YYYY | 14,912.00 <br> $_____ | Owner Estimate | 14,912.00 <br> $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 14,912.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

Debtor    Ennis I-45 11 Acre, LLC
Name

Case number (if known) 25-31219

---

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>See Attachment for Part 7.39 | $ 2,050.00 | Owner Estimate | $ 2,050.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ 2,050.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Ennis I-45 11 Acre, LLC
_____    Case number (if known) 25-31219
      Name

---

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor   Ennis I-45 11 Acre, LLC
_____
Name

Case number (if known)   25-31219
_____

---

| **Part 9:** | **Real property** |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **55.1** 590 Interstate I-45 Service Rd, Ennis, TX 75119 | Fee Simple | $ Unknown | Ellis County Appraisal District | $ 1,583,093.00 |
| **55.2** | | $ | | $ |
| **55.3** | | $ | | $ |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 1,583,093.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ _____

Debtor   Ennis I-45 11 Acre, LLC
_____   Case number (if known) 25-31219
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☐ No
   ☐ Yes
68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ☐ Yes
69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☐ No. Go to Part 12.
   ☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)

   _____   0.00 _____ − 0.00 _____ = → $ 0.00 _____
                            Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

   _____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    See Continuation Sheet                         $_____
   **Nature of claim**   _____
   **Amount requested**   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____   $_____

   **Nature of claim**   _____
   **Amount requested**   $_____

76. **Trusts, equitable or future interests in property**

   _____   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

   _____   $_____
   _____   $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.   $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Debtor  Ennis I-45 11 Acre, LLC _____   Case number (if known) 25-31219 _____
         Name

---

**Part 12:   Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 14,160.71 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 9,700.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 14,912.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 2,050.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................➜ | | $ 1,583,093.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 40,822.71 | + 91b. $ 1,583,093.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................   $ 1,623,915.71

---

| Debtor 1 | Ennis I-45 11 Acre, LLC | | | Case number *(if known)* | 25-31219 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Continuation Sheet for Official Form 206 A/B

### 3) Checking, savings, money market, or financial brokerage accounts

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| InterBank | Checking | 9357 |
| Balance: 1,107.85 | | |
| InterBank | Checking | 9350 |
| Balance: 0.00 | | |
| Chase Bank | Savings | 0202 |
| Balance: 0.00 | | |
| Chase Bank | Checking | 8997 |
| Balance: 12,680.00 | | |

### 7) Deposits, including security deposits and utility deposits

| General description | Current value |
|---|---|
| Cirro Energy | $3,000.00 |
| Guest Deposits (Repaid upon guest leaving) | $4,200.00 |

### 74) Causes of action against third parties (whether or not a lawsuit has been filed)

| General description | Nature of claim | Amount requested | Current value |
|---|---|---|---|
| Claim(s) Against Joe Grisel, Bill Moist, Dry Built, and other parties in connection with financing & construction of the RV Park (see attachment) | variety of torts & contract claims | 0.00 | Unknown |
| Burned RV given away after multiple attempts to contact the owner, Chase Durham | Abandoned vehicle disposal following fire damage | 0.00 | Unknown |

# Attachment for Part 5.22

| ENNIS LUXURY RV RESORT - OTHER INVENTORY LIST | |
|---|---|
| | |
| **DESCRIPTION** | **EST. COST** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **CLUBHOUSE** | |
| 2 TV's | $1,200.000 |
| Couch w/ 4 Pillows, Loveseat w/ 2 Pillows, coffee table, 2 side tables | $1,000.000 |
| Chair | $350.000 |
| Rug | $105.000 |
| Glass Table w/ 4 Chairs | $1,200.000 |
| Misc. Decor on Tables & Kitchen Area | $300.000 |
| Map Wall Hanging | $110.000 |
| 2 Sets of Cornhole Boards w/ 8 Bags each; 16 total | $450.000 |
| | |
| **LAUNDRY ROOM** | |
| 2 Hanging Pictures | $175.000 |
| Trashcan | $10.000 |
| | |
| **POOL AREA / POOL ROOM** | |
| 2 Large Trashcans | $75.000 |
| Pool Chemicals | $1,000.000 |
| Polaris Pool Cleaner | $900.000 |
| 2 Outdoor Tables w/ 4 Chairs each; 8 total | |

| | |
|---|---|
| 10 Lounge Chairs | |
| 6 Small Drink Tables | |
| Pool Pole w/ Attachments (Brush etc.) | $200.000 |
| Small Ladder | $45.000 |
| Pool Hose / Vacuum | $225.000 |
| Chair Lift | $5,000.000 |
| Bike Rack | $300.000 |
| Pool Safety Hook & Life Saver Float | $75.000 |
| | |
| **BATHROOMS** | |
| 6 Trashcans | $60.000 |
| | |
| **CLEANING CLOSET** | |
| Box of Air Filters | $275.000 |
| Mop | $45.000 |
| Mop Bucket | $75.000 |
| Mop Wringer | $75.000 |
| Duster Broom | $55.000 |
| Broom | $12.000 |
| Misc. Cleaning Supplies | $300.000 |
| Toilet Paper Rolls | $200.000 |
| Paper Towels | $65.000 |
| Trash Bags | $30.000 |
| | |
| **OUTSIDE BY SHED** | |
| Rock (used for sound barrier walls) | $1,000.000 |
| | |
| **TOTAL** | $14,912.000 |

Investor Relatio

## Attachment for Part 7.39

| ENNIS LUXURY RV RESORT - OFFICE INVENTORY LIST | |
|---|---|
| | |
| **DESCRIPTION** | **EST. COST** |
| **OFFICE** | |
| Desk | $700.000 |
| Chair | $275.000 |
| Printer | $450.000 |
| Pool Test Chemicals | $50.000 |
| Trashcan | $10.000 |
| Phone | $50.000 |
| Extension Cord | $15.000 |
| TV | $500.000 |
| | |
| **TOTAL** | $2,050 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Ennis I-45 11 Acre, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (If known): | 25-31219 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $ 4,000,000.00 | $Unknown |
|---|---|---|---|
| Bay Point Capital Partners II, LLP | 590 Interstate I-45 Service Rd, Ennis, TX 75119 | | |

**Creditor's mailing address**
3050 Peach Tree Rd
Suite 740, Atlanta, GA 30305

**Creditor's email address, if known**
jeff.prostok@vhh.law

**Date debt was incurred** 08/2023
**Last 4 digits of account number**

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor,

InterBank REH is 1st Lien holder; Bay Point second lien holder

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | $57,850.79 | $ Unknown |
|---|---|---|---|
| Ellis County | 590 Interstate I-45 Service Rd, Ennis, TX 75119 | | |

**Creditor's mailing address**
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue, Suite 800, Dallas, TX

**Creditor's email address, if known**
dallas.bankruptcy@lgbs.com

**Date debt was incurred** 2024
**Last 4 digits of account number**

**Describe the lien**
Ad Valorem Taxes

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

Ellis County has a statutory secured claim while InterBank REH has a consensual first lien & Bay Point has a consensual second lien

  ☑ Yes. The relative priority of creditors is specified on lines **2.1**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $ 11,057,850.79

Debtor  Ennis I-45 11 Acre, LLC _____  Case number (if known) 25-31219
        Name

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**

InterBank Real Estate Holdings, LLC

**Creditor's mailing address**

300 N. Hwy
Waxahachie, TX 75165

**Creditor's email address, if known**

mtaubenfeld@munsch.com

**Date debt was incurred** 04/2022
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

590 Interstate I-45 Service Rd, Ennis, TX 7511
All personal property

Column A: $ 7,000,000.00
Column B: $ Unknown

**Describe the lien**

Agreement you made,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** **Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____
$ _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Ennis I-45 11 Acre, LLC | Case number (if known) | 25-31219 |
|---|---|---|---|
| | Name | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Marc Taubenfeld<br>500 N. Akard St., STE 4000<br>Dallas, TX 75201 | Line 2. __ | _____ |
| J. Blake Glastein<br>2200 Ross Ave., STE 4600E<br>Dallas, TX 75201 | Line 2. __ | _____ |
| Richard Rozier<br>109 South Jackson, Room 125<br>Waxahachie, TX 75165 | Line 2. __ | _____ |
| Bill Moist<br>3500 Old Denton Rd<br>Carollton, TX 75007 | Line 2. __ | _____ |
| John McGaugh<br>2217 Pecos St<br>Grapevine, TX 76051 | Line 2. __ | _____ |
| Joe Grisel<br>617 Willowwood Trail<br>Keller, TX 76248 | Line 2. __ | _____ |
| Gage Roland<br>7060 Dillion Circle<br>Midlothian, TX 76065 | Line 2. __ | _____ |
| Dry Built Construction Company<br>140 E Irving Blvd<br>Irving, TX 75060 | Line 2. __ | _____ |
| Terry Richie<br>P.O. Box 146<br>Midlothian, TX 76065 | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Ennis I-45 11 Acre, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known) | 25-31219 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is:  $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ___ )

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is:  $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ___ )

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:  $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ___ )

Debtor  Ehrns P45 H Acre, LLC _____   Case number (if known) 25-31219
          Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
Bay Point Capital Partners II, LLP
3050 Peach Tree Rd
Suite 740
Atlanta, GA 30305

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Deficiency

$ Unknown

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.2**
**Nonpriority creditor's name and mailing address**
Doug Taft
102 Olive Branch Road
Denton, TX 76208

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 200,000.00

**Date or dates debt was incurred** 12/3/2024
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3**
**Nonpriority creditor's name and mailing address**
InterBank Real Estate Holdings, LLC
300 N. Hwy
Waxahachie, TX 75165

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured deficiency

$ Unknown

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.4**
**Nonpriority creditor's name and mailing address**
James Stith
6912 NE Loop 820
North Richland Hills, TX 76180-7903

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 625.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5**
**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6**
**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Bonnie Bros 1 Foley LLC
Name

Case number _(if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. ＋ | $ 200,625.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 200,625.00 |

**Fill in this information to identify the case:**

Debtor name **Ennis I-45 11 Acre, LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (If known): **25-31219**     Chapter **11**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Campspot Service Agreement (Guest booking software) | RezPlot Systems, LLC dba Campspot 38 Commerce Ave SW Grand Rapids, MI, 49503 |
| | State the term remaining | Month-to-month | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Social Media Manager Agreement (Social Media Management) | Glow Up Social 11628 Bobcat Drive Keller, TX, 76244 |
| | State the term remaining | Month-to-month | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | BuzzWorthy Management Agreement (for Ennis Luxury RV Resort Management Services) | BuzzWorthy Facilities Management, LLC dba BuzzWorthy Property Management Stephanie Culver 401 N. Carroll Ave, Suite 598 Southlake, TX, 76092 |
| | State the term remaining | 8 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Cirro Energy Electricity Contract (3 Separate meter contracts Energy Utility Provider) | Cirro Energy P.O. Box 2229 Houston, TX, 77252 |
| | State the term remaining | 24 months | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Marketing Agreement | Kandy Murphy 4520 CR 1200 Cleburne, TX, 76031 |
| | State the term remaining | Month-to-month | |
| | List the contract number of any government contract | | |

| Debtor | Ennis I-45 11 Acre, LLC | Case number (if known) | 25-31219 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** Republic Trash Services Commercial Waster Services Contract (Trash Pickup) **State the term remaining** Bi-month to month **List the contract number of any government contract** | Republic Trash Services 18500 N. Allied Way Phoenix, AZ, 85054 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** Spectrum Business Internet Services Commercial Contract (Internet Provider) **State the term remaining** Month-to-month **List the contract number of any government contract** | Spectrum Business 400 Washington Blvd Stamford, CT, 06902 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** Trident Voice Voicemail Commercial Services Contract (Voicemail Services) **State the term remaining** Month-to-month **List the contract number of any government contract** | Trident Voice PO Box 271583 Flower Mound, TX 75027 |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** Lessee: FKS, Inc dba Commercial Equipment Company (Lease room from Debtor to house Washer & Dryer) **State the term remaining** 16 months **List the contract number of any government contract** | John Francis 3241 Towerwood Drive Farmers Branch, TX 75234 |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name  Ennis I-45 11 Acre, LLC

United States Bankruptcy Court for the:  Northern District of Texas

Case number (If known):  25-31219

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Bill Moist | 3500 Old Denton, Rd Carollton, TX 75007 | InterBank Real Estate Holdings, LLC | ☑ D ☐ E/F ☐ G |
| 2.2 Bill Moist | 3500 Old Denton Rd Carollton, TX 75007 | Bay Point Capital Partners | ☑ D ☐ E/F ☐ G |
| 2.3 John McGaugh | 2217 Pecos Dr Grapevine, TX 76051 | Bay Point Capital Partners | ☑ D ☐ E/F ☐ G |
| 2.4 John McGaugh | 2217 Pecos Dr Grapevine, TX 76051 | InterBank Real Estate Hol | ☑ D ☐ E/F ☐ G |
| 2.5 | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |